# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 24-1188** | **September Term, 2023** |
| | EPA-89FR32532 |
| | Filed On: June 10, 2024 [2058852] |

American Water Works Association and
Association of Metropolitan Water
Agencies,

       Petitioners

       v.

Environmental Protection Agency and
Michael S. Regan, in his official capacity as
Administrator, United States Environmental
Protection Agency,

       Respondents

------------------------------

Consolidated with 24-1191

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioners in case no. 24-1191 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | July 10, 2024 |
| Statement of Issues to be Raised | July 10, 2024 |

                     **FOR THE COURT:**
                     Mark J. Langer, Clerk

               BY:    /s/
                     Erica M. Thorner
                     Deputy Clerk

The following forms and notices are available on the Court's website:
    Agency Docketing Statement Form