ORAL ARGUMENT NOT YET SCHEDULED

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| THE CHEMOURS COMPANY FC, LLC,<br><br>*Petitioner*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>*Respondents*. | No. 24-1192<br>(consolidated with. Nos. 24-1188; 24-1191). |

**NON-BINDING STATEMENT OF ISSUES**

Pursuant to this Court's June 12, 2024 Order, Petitioner The Chemours Company FC, LLC hereby submits the following non-binding statement of issues to be raised:

1. Whether Respondent Environmental Protection Agency (EPA) acted arbitrarily, capriciously, or in a manner otherwise contrary to law when promulgating regulations of hexafluoropropylene oxide dimer acid and its

1

ammonium salt (HFPO-DA) in the Final Rule "PFAS National Primary Drinking Water Regulation," 89 Fed. Reg. 32532 (April 26, 2024).

2. Whether EPA acted arbitrarily, capriciously, or in a manner otherwise contrary to law when promulgating regulations of a "hazard index" of multiple compounds, including HFPO-DA, in the Final Rule.

Petitioner The Chemours Company FC, LLC reserves the right to modify the list of issues addressed, as well as to address these and other issues in more detail in future pleadings.

Respectfully submitted,

*/s/ Allon Kedem*
Allon Kedem
Brian D. Israel
Joel M. Gross
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

*Counsel for Petitioner The Chemours Company FC, LLC*

Dated: July 11, 2024

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2024, I electronically filed the foregoing through the CM/ECF system, which will send a notice of filing to all registered CM/ECF users.

Dated: July 11, 2024                    Respectfully submitted,

                                        */s/ Allon Kedem*
                                        Allon Kedem

                                        *Counsel for Petitioner The Chemours Company, FC LLC*