# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** National Association of Manufacturers

**v.** Environmental Protection Agency

**Case No:** 24-1191

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

National Association of Manufacturers

American Chemistry Council

### Counsel Information

**Lead Counsel:** Tobias S. Loss-Eaton

**Direct Phone:** (202) 736-8427 **Fax:** (202) 736-8711 **Email:** tlosseaton@sidley.com

**2nd Counsel:** Gordon D. Todd

**Direct Phone:** (202) 736-8760 **Fax:** (202) 736-8711 **Email:** gtodd@sidley.com

**3rd Counsel:**

**Direct Phone:** (___) _____ **Fax:** (___) _____ **Email:**

**Firm Name:** Sidley Austin LLP

**Firm Address:** 1501 K Street NW, Washington DC 20005

**Firm Phone:** (202) 736-8000 **Fax:** (202) 736-8711 **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)