United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 24-1188** **September Term, 2026**

**EPA-89FR32532**

**Filed On: September 15, 2026** [2193183]

American Water Works Association and Association of Metropolitan Water Agencies,

Petitioners

v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

Respondents

------------------------------

Concerned Citizens of WMEL Water Authority Grassroots, et al.,
Intervenors

------------------------------

Consolidated with 24-1191, 24-1192

## O R D E R

It is **ORDERED**, on the court's own motion, that Circuit Judges Millett, Pillard, and Katsas now constitute the panel assigned to hear these cases, which are scheduled for oral argument on September 18, 2026, at 9:30 A.M.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk